**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**JOSE MARCOS VILLA GOMEZ,**

      **Plaintiff,**

        v.

**ROBERT LYNCH, et al.,**

      **Defendants.**

      **Case No. 1:25-cv-810**

      **JUDGE DOUGLAS R. COLE**
      **Magistrate Judge Merz**

## ORDER VACATING MAGISTRATE JUDGE REFERENCE

This habeas corpus case was, upon filing, randomly referred to Magistrate Judge Michael R. Merz pursuant to Amended General Order 22-05.  That reference is hereby VACATED.

      **SO ORDERED.**

November 13, 2025
**DATE**

**DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE**