UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JOSE MARCOS VILLA GOMEZ,**

       **Petitioner,**

   v.

**FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,**

       **Respondents.**

**Case No. 1:25-cv-810**

**JUDGE DOUGLAS R. COLE**

## OPINION AND ORDER

U.S. Immigration and Customs Enforcement (ICE) is currently detaining Petitioner Jose Marcos Villa Gomez pending removal proceedings. Villa Gomez filed a Petition for Writ of Habeas Corpus (Doc. 1), requesting this Court to order his release or, in the alternative, to order Respondents to provide him a bond hearing. Villa Gomez asserts that ICE is wrongly purporting to detain him under 8 U.S.C. § 1225(b)(2), which mandates detention, when instead 8 U.S.C. § 1226(a), which provides for discretionary detention, governs. (Doc. 1, #2–3). This Court recently addressed this precise question of statutory interpretation in *Coronado v. Secretary, Department of Homeland Security*, No. 1:25-cv-831, 2025 WL 3628229 (S.D. Ohio Dec. 15, 2025), and further explained its reasoning in *Lucero v. Field Office Director of Enforcement and Removal Operations*, No. 1:25-cv-823, 2025 WL 3718730 (S.D. Ohio Dec. 23, 2025). Like the petitioners there, Villa Gomez acknowledges he is present in the country but was never admitted. (Doc. 1, #9–10). Thus, for the reasons more fully

explained in *Coronado* and *Lucero*, the Court finds that Villa Gomez is an "applicant for admission" and falls under the purview of § 1225(b)(2), which in turn means he is subject to mandatory detention. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Villa Gomez's Petition (Doc. 1).[1]

Respondent Warden of Butler County Jail also filed a Motion to Dismiss (Doc. 14), arguing it is not a proper respondent for this habeas petition. Because the Court dismisses the Petition, the Court **DENIES AS MOOT** Respondent's Motion (Doc. 14). The Court **DIRECTS** the Clerk to enter judgment and to **TERMINATE** this case on its docket.

**SO ORDERED.**

December 30, 2025
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court dismisses without prejudice in the event that Petitioner wishes to pursue relief as a potential class member in *Bautista v. Santacruz*, No. 5:25-cv-1873, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).