AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOSE MARCOS VILLA GOMEZ,<br>*Plaintiff*<br>FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.   1:25-cv-810 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑   other: The Court DISMISSES WITHOUT PREJUDICE Villa Gomez's Petition (Doc. 1). Respondent Warden of Butler County Jail also filed a Motion to Dismiss (Doc. 14), arguing it is not a proper respondent for this habeas petition. Because the Court dismisses the Petition, the Court DENIES AS MOOT Respondent's Motion (Doc. 14).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge     Douglas R. Cole

Date:    12/30/25

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk